**DISMISS and Opinion Filed March 27, 2023**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-01101-CV**

**BEVERLY LASKEY, Appellant**

**V.**

**STATE OFFICE OF RISK MANAGEMENT, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-09147**

## MEMORANDUM OPINION

Before Justices Carlyle, Goldstein, and Kennedy
Opinion by Justice Carlyle

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by February 8, 2023. By postcard dated February 10, 2023 we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE


221101F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BEVERLY LASKEY, Appellant

No. 05-22-01101-CV     V.

STATE OFFICE OF RISK
MANAGEMENT, Appellee

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-09147.
Opinion delivered by Justice Carlyle.
Justices Goldstein and Kennedy
participating.

    In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered March 27, 2023